## UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF WEST VIRGINIA

FILED

JAN 0 4 2023

U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

UNITED STATES OF AMERICA,

v.

KENTREL ANTHONY ROLLINS, aka T-Rock,
DONTE FIELDS, aka Lowe,
ERIK LEE KURZ, aka Edub,
RICHARD LEE DAMEWOOD, II, aka Ricky,
GARY WELDON, aka Fatboy,
DYLAN MITCHELL LAMBERT,
CASSANDRA RACHELLE BOWMAN,
JAMES DAVIS GRAHAM, aka JD Graham,
ELRICO KARON SCAFF, aka Jay,
STACEY LYNN MALCOLM,
JEANETTE L. HENKEL, and
DYLAN MOYERS,

Defendants.

Criminal No.   3:23-CR 2

Violations:   18 U.S.C. § 2
18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(a)(2)
18 U.S.C. § 924(c)(1)(A)
21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(B)
21 U.S.C. § 841(b)(1)(C)
21 U.S.C. § 843(b)
21 U.S.C. § 843(d)
21 U.S.C. § 846

## INDICTMENT

The Grand Jury charges that:

## COUNT ONE

(Conspiracy to Possess with Intent to Distribute and to Distribute Heroin and Fentanyl)

From on or about January 1, 2020, to on or about October 8, 2021, in Hampshire County, in the

Northern District of West Virginia, and elsewhere, defendants **KENTREL ANTHONY ROLLINS,**

**aka T-Rock, DONTE FIELDS, aka Lowe, ERIK LEE KURZ, aka Edub, RICHARD LEE**

**DAMEWOOD, II, aka Ricky, GARY WELDON, aka Fatboy, DYLAN MITCHELL LAMBERT,**

**CASSANDRA RACHELLE BOWMAN, JAMES DAVIS GRAHAM, aka JD Graham, ELRICO**

**KARON SCAFF, aka Jay, STACEY LYNN MALCOLM, JEANETTE L. HENKEL, and DYLAN**

**MOYERS,** did unlawfully, knowingly, intentionally, and without authority combine, conspire,

confederate, agree and have a tacit understanding together with each other and other persons to violate

1

Title 21, United States Code, Section 841(a)(1).  It was a purpose and object of the conspiracy to possess with intent to distribute and to distribute a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance; and a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance; in violation of Title 21, United States Code, Sections 846 and 841(b)(1)(C).

## COUNT TWO

(Aiding and Abetting Distribution of Fentanyl and Heroin Mixture)

On or about January 2, 2020, in Hampshire County, in the Northern District of West Virginia, defendants **KENTREL ANTHONY ROLLINS, aka T-Rock,** and **DONTE FIELDS, aka Lowe,** aiding and abetting each other, did unlawfully, knowingly, intentionally, and without authority, distribute a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, and heroin, a Schedule I controlled substance, in exchange for United States currency; in violation of Title 18, United States Code, Section 2, and 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT THREE

(Distribution of Fentanyl)

On or about January 23, 2020, in Hampshire County, in the Northern District of West Virginia, defendant **DYLAN MITCHELL LAMBERT** did unlawfully, knowingly, intentionally, and without authority, distribute a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in exchange for United States currency; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## **COUNT FOUR**

(Distribution of Fentanyl)

On or about October 8, 2020, in Hampshire County, in the Northern District of West Virginia, defendant **DYLAN MITCHELL LAMBERT** did unlawfully, knowingly, intentionally, and without authority, distribute a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in exchange for United States currency; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## **COUNT FIVE**

(Aiding and Abetting Distribution of Heroin)

On or about January 29, 2021, in Hampshire County, in the Northern District of West Virginia, defendants **GARY WELDON, aka Fatboy,** and **ERIK LEE KURZ, aka Edub,** aiding and abetting each other, did unlawfully, knowingly, intentionally, and without authority, distribute a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, in exchange for United States currency; in violation of Title 18, United States Code, Section 2 and Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT SIX

(Distribution of Heroin)

On or about February 5, 2021, in Hampshire County, in the Northern District of West Virginia, defendant **GARY WELDON, aka Fatboy,** did unlawfully, knowingly, intentionally, and without authority, distribute a mixture and substance containing heroin, a Schedule I controlled substance, in exchange for United States currency; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT SEVEN

(Possess with Intent to Distribute Fentanyl)

On or about February 10, 2021, in Hampshire County, in the Northern District of West Virginia, defendants **CASSANDRA RACHELLE BOWMAN** and **JAMES DAVIS GRAHAM, aka JD Graham,** did unlawfully, knowingly, intentionally, and without authority, possess with intent to distribute a mixture and substance containing fentanyl, a Schedule II controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT EIGHT

(Unlawful Possession of Firearm)

On or about February 10, 2021, in Hampshire County, in the Northern District of West Virginia, defendant **GARY WELDON, aka Fatboy**, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, that is, the felony offense of robbery in the Circuit Court for Baltimore City, Maryland, in case number 112244015 on May 16, 2013, did knowingly possess a Glock G.m.b.H model 19 semi-automatic pistol, 9mm Luger caliber, bearing serial number HRH803, said firearm having been shipped and transported in interstate commerce; in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## **COUNT NINE**

(Possess with Intent to Distribute Fentanyl)

On or about February 10, 2021, in Hampshire County, in the Northern District of West Virginia, defendant **GARY WELDON, aka Fatboy,** did unlawfully, knowingly, intentionally, and without authority, possess with intent to distribute a mixture and substance containing fentanyl, a Schedule II controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT TEN

(Possess with Intent to Distribute Five Grams or More of Methamphetamine Hydrochloride, also known as "Ice")

On or about February 10, 2021, in Hampshire County, in the Northern District of West Virginia, defendant **GARY WELDON, aka Fatboy,** did unlawfully, knowingly, intentionally, and without authority, possess with intent to distribute five grams or more of methamphetamine hydrochloride, also known as "ice," a Schedule II controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

## COUNT ELEVEN

(Possess with Intent to Distribute Cocaine)

On or about February 10, 2021, in Hampshire County, in the Northern District of West Virginia, defendant **GARY WELDON, aka Fatboy,** did unlawfully, knowingly, intentionally, and without authority, possess with intent to distribute a mixture and substance containing cocaine hydrochloride, a Schedule II controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT TWELVE

(Distribution of Fentanyl and Heroin Mixture)

On or about March 9, 2021, in Hampshire County, in the Northern District of West Virginia, defendant **KENTREL ANTHONY ROLLINS, aka T-Rock,** did unlawfully, knowingly, intentionally, and without authority, distribute a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, and heroin, a Schedule I controlled substance, in exchange for United States currency; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT THIRTEEN

(Distribution of Fentanyl)

On or about April 8, 2021, in Hampshire County, in the Northern District of West Virginia, defendant **KENTREL ANTHONY ROLLINS, aka T-Rock,** did unlawfully, knowingly, intentionally, and without authority, distribute a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in exchange for United States currency; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT FOURTEEN

(Distribution of Fentanyl)

On or about April 22, 2021, in Hampshire County, in the Northern District of West Virginia, defendant **ELRICO KARON SCAFF, aka Jay,** did unlawfully, knowingly, intentionally, and without authority, distribute a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in exchange for United States currency; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

**COUNT FIFTEEN**

(Distribution of Fentanyl)

On or about April 28, 2021, in Hampshire County, in the Northern District of West Virginia, defendant **ELRICO KARON SCAFF, aka Jay,** did unlawfully, knowingly, intentionally, and without authority, distribute a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in exchange for United States currency; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT SIXTEEN

(Possess with Intent to Distribute Fentanyl)

On or about August 16, 2021, in Hampshire County, in the Northern District of West Virginia, defendant **DYLAN MITCHELL LAMBERT,** did unlawfully, knowingly, intentionally, and without authority, possess with intent to distribute a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT SEVENTEEN

(Distribution of Methamphetamine Hydrochloride)

On or about August 17, 2021, in Hampshire County, in the Northern District of West Virginia, defendant **STACEY LYNN MALCOLM** did unlawfully, knowingly, intentionally, and without authority, distribute methamphetamine hydrochloride, also known as "ice," a Schedule II controlled substance, in exchange for United States currency; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## **COUNT EIGHTEEN**

(Distribution of Methamphetamine Hydrochloride)

On or about August 19, 2021, in Hampshire County, in the Northern District of West Virginia, defendant **STACEY LYNN MALCOLM** did unlawfully, knowingly, intentionally, and without authority, distribute methamphetamine hydrochloride, also known as "ice," a Schedule II controlled substance, in exchange for United States currency; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT NINETEEN

(Possess with Intent to Distribute Fentanyl)

On or about August 19, 2021, in Hampshire County, in the Northern District of West Virginia, defendant **STACEY LYNN MALCOLM,** did unlawfully, knowingly, intentionally, and without authority, possess with intent to distribute a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT TWENTY

(Possess with Intent to Distribute Methamphetamine)

On or about August 19, 2021, in Hampshire County, in the Northern District of West Virginia, defendant **STACEY LYNN MALCOLM,** did unlawfully, knowingly, intentionally, and without authority, possess with intent to distribute a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT TWENTY-ONE

(Distribution of Fentanyl)

On or about August 25, 2021, in Hampshire County, in the Northern District of West Virginia, defendant **KENTREL ANTHONY ROLLINS, aka T-Rock,** did unlawfully, knowingly, intentionally, and without authority, distribute a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in exchange for United States currency; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT TWENTY-TWO

(Possess with Intent to Distribute Fentanyl)

On or about August 25, 2021, in Hampshire County, in the Northern District of West Virginia, at a time subsequent to Count Twenty-One, defendant **KENTREL ANTHONY ROLLINS, aka T-Rock,** did unlawfully, knowingly, intentionally, and without authority, possess with intent to distribute a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT TWENTY-THREE

(Possession of Firearm in Connection with a Drug Trafficking Crime)

On or about August 25, 2021, in Hampshire County, in the Northern District of West Virginia, the defendant **KENTREL ANTHONY ROLLINS, aka T-Rock,** did knowingly possess a firearm, that is a Kel-Tec CNC, Inc. semi-automatic rifle, model Sub-2000, 9mm Luger caliber, bearing serial number EUM09, in furtherance of a drug trafficking crime for which the defendant may be prosecuted in a court of the United States, that is possession with intent to distribute fentanyl as charged in Count Twenty-Two and conspiracy to possess with intent to distribute and to distribute heroin and fentanyl as charged in Count One; in violation of Title 18, United States Code, Section 924(c)(1)(A).

## COUNT TWENTY-FOUR

(Distribution of Fentanyl)

On or about September 9, 2021, in Hampshire County, in the Northern District of West Virginia, defendant **STACEY LYNN MALCOLM,** did unlawfully, knowingly, intentionally, and without authority, distribute a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in exchange for United States currency; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT TWENTY-FIVE

(Distribution of Fentanyl)

On or about September 29, 2021, in Hampshire County, in the Northern District of West Virginia, defendant **RICHARD LEE DAMEWOOD, II, aka Ricky,** did unlawfully, knowingly, intentionally, and without authority, distribute a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in exchange for United States currency; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT TWENTY-SIX

(Possess with Intent to Distribute Fentanyl)

On or about October 7, 2021, in Hampshire County, in the Northern District of West Virginia, defendant **RICHARD LEE DAMEWOOD, II, aka Ricky,** did unlawfully, knowingly, intentionally, and without authority, possess with intent to distribute a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT TWENTY-SEVEN

(Possess with Intent to Distribute Cocaine Base)

On or about October 7, 2021, in Hampshire County, in the Northern District of West Virginia, defendant **RICHARD LEE DAMEWOOD, II, aka Ricky,** did unlawfully, knowingly, intentionally, and without authority, possess with intent to distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## FORFEITURE ALLEGATION

*Controlled Substance Act*

Pursuant to Title 21, United States Code, Section 853 and Title 21, United States Code, Sections 841 and 846, the government will seek the forfeiture of property as part of the sentence imposed in this case; that is, the forfeiture of any property used, or intended to be used, to commit or to facilitate the commission of the above referenced offense, and any property constituting, or derived from, proceeds obtained directly or indirectly, as a result of such offense, including the following items:

1. a Glock G.m.b.H model 19 semi-automatic pistol, 9mm Luger caliber, bearing serial number HRH803 seized on February 10, 2021;

2. Two firearm magazines seized on February 10, 2021;

3. $12,345 seized on April 22, 2021;

4. $40 seized on August 19, 2021;

5. $729 seized on August 19, 2021;

6. a Kel-Tec CNC, Inc. semi-automatic rifle, model Sub-2000, 9mm Luger caliber, bearing serial number EUM09 seized on August 25, 2021;

7. Two Glock 30 round magazines loaded with 9mm ammunition seized on August 25, 2021;

8. 1 black 17 round 9mm magazine seized on August 25, 2021;

9. 1 silver Smith and Wesson 9mm magazine seized on August 25, 2021;

10. $326 seized on August 25, 2021;

11. $3,350 seized on August 25, 2021;

12. $40 seized on September 9, 2021;

13. $240 seized on September 9, 2021; and

14. Various cellular devices.

*Gun Control Act*

Pursuant to Title 28, United States Code, Section 2461(c), and Title 18, United States Code, Section 924(d)(1), the government will seek the forfeiture of any firearm and any ammunition involved in or used in any knowing violation of Title 18, United States Code, Sections 922(g)(1), 924(c)(1)(A), and 924(a)(2), including assorted ammunition, firearm parts, and

1. A Glock G.m.b.H model 19 semi-automatic pistol, 9mm Luger caliber, bearing serial number HRH803seized on February 10, 2021; and

2. A Kel-Tec CNC, Inc. semi-automatic rifle, model Sub-2000, 9mm Luger caliber, bearing serial number EUM09 seized on August 25, 2021.

A true bill,

/s/_____
Grand Jury Foreperson

/s/_____
WILLIAM IHLENFELD
United States Attorney

Lara K. Omps-Botteicher
Assistant United States Attorney